# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

130806

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

PERRY BOOTH III,
       Defendant-Appellant.

SC: 130806
COA: 267911
Saginaw CC: 04-024118-FC

_____/

On order of the Court, the application for leave to appeal the February 24, 2006 order of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

_____
Clerk

p0821